State v. Reid

---

STATE OF NORTH CAROLINA v. CALBERT REID

No. 7226SC210

(Filed 26 April 1972)

APPEAL by defendant from *Friday, Judge,* 1 November 1971 Schedule "A" Session of Superior Court held in MECKLENBURG County.

Defendant pleaded guilty to the felony of breaking and entering with intent to steal as charged in a bill of indictment, proper in form.

From judgment of imprisonment for a period of two years in the custody of the Commissioner of Corrections as a "Committed Youthful Offender" for treatment and supervision pursuant to Article 3A of the General Statutes of North Carolina, the defendant appealed.

*Attorney General Morgan and Assistant Attorney General Cole for the State.*

*Charles B. Merryman, Jr., for defendant appellant.*

MALLARD, Chief Judge.

After questioning the defendant, the trial court found that his plea of guilty was freely, understandingly and voluntarily made. The punishment imposed was permitted under the statute. No prejudicial error appears on the face of the record.

Affirmed.

Judges MORRIS and PARKER concur.